**Fill in this information to identify your case:**

United States Bankruptcy Court for the

Northern _____ District of Illinois

Case number (if known): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport)<br><br>Bring your picture identification to your meeting with the trustee | Thomas<br>First name<br><br>_____<br>Middle name<br><br>Kral<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | XXX – XX – 2  8  3  0<br>OR<br>9 XX – XX – __ __ __ __ | XXX – XX – __ __ __ __<br>OR<br>9 XX – XX – __ __ __ __ |

| Debtor 1 | Thomas | Kral | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ☒ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ – __ __ __ __ __ __ __ <br><br> EIN __ __ – __ __ __ __ __ __ __ |

| | | | If Debtor 2 lives at a different address: |
|---|---|---|---|
| **5.** | **Where you live** | 7200 West Dobson <br> Number      Street <br><br> _____ <br><br> Niles                    IL      60714 <br> City                 State    ZIP Code <br><br> Cook <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number      Street <br><br> _____ <br> P O Box <br><br> _____ <br> City                 State    ZIP Code | _____ <br> Number      Street <br><br> _____ <br><br> _____ <br> City                 State    ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number      Street <br><br> _____ <br> P O Box <br><br> _____ <br> City                 State    ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U S C  § 1408 ) <br><br> _____ <br> _____ <br> _____ | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason  Explain. (See 28 U.S.C  § 1408 ) <br><br> _____ <br> _____ <br> _____ |

| Debtor 1 | Thomas | | Kral | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

![Part 2] **Tell the Court About Your Bankruptcy Case**

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))  Also, go to the top of page 1 and check the appropriate box.*

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.

| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ MM / DD / YYYY | Case number, if known_____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ MM / DD / YYYY | Case number, if known_____ |

**11. Do you rent your residence?**

☒ No.  Go to line 12

☐ Yes  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No  Go to line 12

☐ Yes  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition

| Debtor 1 | Thomas | Kral | | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No  Go to Part 4

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                    State    ZIP Code

*Check the appropriate box to describe your business*

☐ Health Care Business (as defined in 11 U S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U S C § 101(51B))

☐ Stockbroker (as defined in 11 U S C § 101(53A))

☐ Commodity Broker (as defined in 11 U S C § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U S C § 101(51D)

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U S C. § 1116(1)(B)*

☒ No  I am not filing under Chapter 11

☐ No  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed?  _____

_____

Where is the property?  _____
Number        Street

_____
City                                    State    ZIP Code

| Debtor 1 | Thomas | Kral | Case number (if known) |
|---|---|---|---|
| | First Name   Middle Name | Last Name | |

**Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling**

15. **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any If you do not do so, your case may be dismissed

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one.*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any If you do not do so, your case may be dismissed

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    Thomas _____ Kral _____        Case number (if known)_____
_____    First Name    Middle Name    Last Name

**Part 6:    Answer These Questions for Reporting Purposes**

| 16. What kind of debts do you have? | **16a Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U S C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose " |
|---|---|

☒ No. Go to line 16b
☐ Yes  Go to line 17.

**16b Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No  Go to line 16c.
☒ Yes  Go to line 17

16c State the type of debts you owe that are not consumer debts or business debts

17. **Are you filing under Chapter 7?**

☐ No    I am not filing under Chapter 7  Go to line 18

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

18. **How many creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,000-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,000-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**Part 7:    Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code  I understand the relief available under each chapter, and I choose to proceed under Chapter 7

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U S C. § 342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U S C §§ 152, 1341, 1519, and 3571

X _____        X _____
Signature of Debtor 1                Signature of Debtor 2

Executed on  07/05/2016            Executed on  _____
    MM / DD / YYYY                        MM / DD / YYYY

| Debtor 1 | Thomas | | Kral | Case number (if known) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____     Date     07/13/2016
Signature of Attorney for Debtor                        MM  /  DD  / YYYY

Howard Peritz
_____
Printed name

The Law Offices of Howard Peritz
_____
Firm name

1121 Lake Cook Road
_____
Number    Street

Suite P
_____

Deerfield                         IL          60015
_____
City                              State       ZIP Code

Contact phone  847 562 5880          Email address   howard@howardperitzlaw.com

6187056                              Illinois
_____
Bar number                           State

---

**Fill in this information to identify your case:**

Debtor 1    Thomas                   Kral

              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the Northern          District of Illinois
                                                  (State)

Case number
           (If known)

☐ Check if this is an
    amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1 | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B*   ... | $200,000 00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* | $23,900 00 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* | $223,900.00 |

### Part 2:   Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2 | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* .. | $424,998 40 |
| 3 | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ..... | $0 00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*. | + $0 00 |
| | **Your total liabilities** | $405.00 |

### Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4 | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $8,858 48 |
| 5 | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $126 33 |

Debtor 1 _____   Case number (if known)_____
First Name     Middle Name     Last Name

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☒ Yes

---

7. **What kind of debt do you have?**

    ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11, **OR,** Form 122B Line 11, **OR,** Form 122C-1 Line 14.

    $ _____

---

9   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

    **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)        $_____

   9b  Taxes and certain other debts you owe the government. (Copy line 6b.)        $_____

   9c. Claims for death or personal injury while you were intoxicated  (Copy line 6c.)        $_____

   9d. Student loans. (Copy line 6f.)        $_____

   9e  Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)        $_____

   9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)        + $_____

   9g. **Total.** Add lines 9a through 9f.        $_____

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | | Kral |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) First Name | | Middle Name | Last Name |
| United States Bankruptcy Court for the | | Northern | District of Illinois |
| | | | (State) |
| Case number | | | |

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

    ☒ No. Go to Part 2.
    ☐ Yes. Where is the property?

    **1.1**

    7200 West Dobson Street
    Street address, if available, or other description

    Niles            Illinois    60714
    City             State       ZIP Code

    Cook
    County

    **What is the property?** Check all that apply
    ☒ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    **Current value of the entire property?** $300,000.00
    **Current value of the portion you own?** $150,000.00

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    ☐ Check if this is community property (see instructions)

    **Other information you wish to add about this item, such as local property identification number:** _____

    If you own or have more than one, list here

    **1.2**

    1719 Grove
    Street address, if available, or other description

    Glenview       IL     60025
    City           State  ZIP Code

    Cook
    County

    **What is the property?** Check all that apply
    ☐ Single-family home
    ☐ Duplex or multi-unit building
    ☐ Condominium or cooperative
    ☐ Manufactured or mobile home
    ☐ Land
    ☐ Investment property
    ☐ Timeshare
    ☐ Other _____

    **Who has an interest in the property?** Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    **Current value of the entire property?** $100,000.00
    **Current value of the portion you own?** $50,000.00

    **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

    ☐ Check if this is community property (see instructions)

    **Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1 ___Thomas_____ ___Kral___
First Name    Middle Name    Last Name

Case number (if known)_____

---

1.3 _____

Street address, if available, or other description

_____

_____

City _____ State ____ ZIP Code

_____

County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ......... ................... ..... .. . . . .. . ..... ..... .....   →   $200,000.00

---

**Part 2:** **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1 Make: ___Toyota_____

Model: ___Highlander SE___

Year: ___2013_____

Approximate mileage: ___25000_____

Other information:

_____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

---

If you own or have more than one, describe here:

3.2 Make: ___Dodge_____

Model: ___Ram 1500____

Year: ___2006_____

Approximate mileage: ___100200_____

Other information:

_____

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,500.00 | $4,500.00 |

---

Debtor 1    Thomas _____ Kral
             First Name    Middle Name    Last Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| 3.3 | Make | _____ | Who has an interest in the property? Check one |

3.3
Make _____
Model _____
Year _____
Approximate mileage _____
Other information

[box]

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

3.4
Make _____
Model _____
Year _____
Approximate mileage _____
Other information

[box]

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☐ No
☐ Yes

4.1
Make _____
Model _____
Year _____
Other information

[box]

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

If you own or have more than one, list here

4.2
Make _____
Model _____
Year _____
Other information

[box]

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** | **Current value of the portion you own?**

$_____ | $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here →   $ 0.00

| Debtor 1 | Thomas | Kral | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number (if known)_____

---

<div style="border:1px solid black; display:inline-block; padding:2px;"><strong>Part 3:</strong></div>  **Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6   Household goods and furnishings**
*Examples*: Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe   | Normal household furnishings |   $ 400 00

**7   Electronics**
*Examples*: Televisions and radios, audio, video, stereo, and digital equipment, computers, printers, scanners, music devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe   | Home Computer |   $ 200 00

**8   Collectibles of value**
*Examples*: Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles
☐ No
☐ Yes. Describe   | |   $ _____

**9   Equipment for sports and hobbies**
*Examples*: Sports, photographic, exercise, and other hobby equipment, bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools, musical instruments
☒ No
☐ Yes  Describe   | |   $ _____

**10 Firearms**
*Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes  Describe   | |   $ _____

**11 Clothes**
*Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes  Describe   | Normal Wearing Apparel |   $ 200 00

**12 Jewelry**
*Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☒ No
☐ Yes. Describe   | |   $ _____

**13 Non-farm animals**
*Examples*: Dogs, cats, birds, horses
☒ No
☐ Yes  Describe   | |   $ _____

**14 Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☐ Yes  Give specific information   | |   $ _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**   ➔   $ 800 00

---

| Debtor 1 | Thomas | | Kral | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known)_____ |

 **Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16 Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes                                                                Cash ....................   $ 50 00

**17 Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes                              Institution name

| | | |
|---|---|---|
| 17.1 Checking account: | Chase Checking Account | $ 200.00 |
| 17.2 Checking account: | Chase Savings Account | $ 100 00 |
| 17.3 Savings account: | | $ |
| 17.4 Savings account: | | $ |
| 17.5 Certificates of deposit: | | $ |
| 17.6 Other financial account: | | $ |
| 17.7 Other financial account: | | $ |
| 17.8 Other financial account: | | $ |
| 17.9 Other financial account: | | $ |

**18 Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes                              Institution or issuer name

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**19 Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them

| Name of entity | % of ownership | |
|---|---|---|
| | ____ % | $ |
| | ____ % | $ |
| | ____ % | $ |

Debtor 1    Thomas        Kral

First Name    Middle Name    Last Name        Case number *(if known)*_____

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific information about them      Issuer name:

     _____    $_____

     _____    $_____

     _____    $_____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☒ Yes. List each account separately

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | Sullivan Roofing Inc 401(k) Plan | $ 2,250 00 |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No

☐ Yes . . . . .

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes . . . .    Issuer name and description

     _____    $_____

     _____    $_____

     _____    $_____

Debtor 1   Thomas _____ Kral _____
First Name   Middle Name   Last Name

Case number (if known)_____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
26 U S C §§ 530(b)(1). 529A(b), and 529(b)(1).

☒ No
☐ Yes . . . . .   Institution name and description. Separately file the records of any interests 11 U.S.C. § 521(c)

_____   $_____
_____   $_____
_____   $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes  Give specific information about them   [                    ]   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*. Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes  Give specific information about them   [                    ]   $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes  Give specific information about them   [                    ]   $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes  Give specific information about them, including whether you already filed the returns and the tax years . .   [          ]   Federal   $_____
State   $_____
Local   $_____

29. **Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes  Give specific information.   [          ]   Alimony   $_____
Maintenance   $_____
Support   $_____
Divorce settlement   $_____
Property settlement   $_____

30. **Other amounts someone owes you**
*Examples* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else

☒ No
☐ Yes  Give specific information . .   [                    ]   $_____

---

Debtor 1 ___Thomas_____Kral_____
First Name   Middle Name   Last Name

Case number (if known)_____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance, health savings account (HSA), credit, homeowner's, or renter's insurance

    ☒ No
    ☐ Yes  Name the insurance company
           of each policy and list its value

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☐ No
    ☒ Yes  Give specific information

    [                                                              ]   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes  Describe each claim

    [                                                              ]   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☒ No
    ☐ Yes. Describe each claim

    [                                                              ]   $_____

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes  Give specific information

    [                                                              ]   $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**   →   $ 2,600 00

---

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No  Go to Part 6
    ☐ Yes  Go to line 38

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No
    ☐ Yes  Describe

    [                                                              ]   $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No
    ☐ Yes  Describe

    [                                                              ]   $_____

Debtor 1    Thomas _____ Kral _____    Case number (if known)_____
First Name    Middle Name    Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ☐ No
- ☐ Yes. Describe _____ $_____

**41. Inventory**
- ☐ No
- ☐ Yes. Describe _____ $_____

**42. Interests in partnerships or joint ventures**
- ☐ No
- ☐ Yes. Describe

| Name of entity | % of ownership | |
|---|---|---|
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |
| _____ | _____% | $_____ |

**43. Customer lists, mailing lists, or other compilations**
- ☐ No
- ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U S C § 101(41A))?
  - ☐ No
  - ☐ Yes. Describe _____ $_____

**44. Any business-related property you did not already list**
- ☐ No
- ☐ Yes. Give specific
  information .
  - _____ $_____
  - _____ $_____
  - _____ $_____
  - _____ $_____
  - _____ $_____
  - _____ $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** → $0.00

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
- ☒ No  Go to Part 7
- ☐ Yes. Go to line 47

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish
- ☐ No
- ☐ Yes
  _____ $_____

Debtor 1    Thomas        Kral
       First Name    Middle Name    Last Name        Case number *(if known)*_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes  Give specific information    [_____]    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes    [_____]    $_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes    [_____]    $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes  Give specific information    [_____]    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................→ $ 0.00

---

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information    [_____]    $_____
   $_____
   $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................→ $0.00

---

**Part 8:**    **List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ....................................................→ $ 200,000.00

56. Part 2: Total vehicles, line 5    $0.00

57. Part 3: Total personal and household items, line 15    $_____

58. Part 4: Total financial assets, line 36    $2,600.00

59. Part 5: Total business-related property, line 45    $0.00

60. Part 6: Total farm- and fishing-related property, line 52    $0.00

61. Part 7: Total other property not listed, line 54    + $0.00

62. **Total personal property. Add lines 56 through 61.**    $3,400.00    Copy personal property total → + $3,400.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.** ............................ $ 203,400.00

Fill in this information to identify your case:

| Debtor 1 | Thomas | | Kral | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the | Northern | | District of Illinois | |
| | | | (State) | |
| Case number (if known) | | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description  Primary Residence<br>Line from *Schedule A/B.*  1.1 | $ 150000 00 | ☐ $ 15000 00<br>☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 |
| Brief description  _____<br>Line from *Schedule A/B*  _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description  _____<br>Line from *Schedule A/B*  _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   　　☐ No
   　　☐ Yes

Debtor 1 __first1__ __middle1__ __last1__          Case number (if known)__case number__
     First Name    Middle Name    Last Name

 **Part 2:** **Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description. **2006 Dodge Ram** <br> Line from Schedule A/B. **Household Goods & Furnishings** | $ **4500.00** | ☐ $ 735 ILCS 5/12-1001(c) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) <br> <br> 3 |
| Brief description **400 00** <br> Line from Schedule A/B **Home computer** | $ | ☐ $ 735 ILCS 5/12-1001(b) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 6 |
| Brief description **200 00** <br> Line from Schedule A/B **Normal Wearing Apparel** | $ | ☐ $ 735 ILCS 5/12-1001(b) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 8 |
| Brief description. **200 00** <br> Line from Schedule A/B. **Chase Checking Account** | $ | ☐ $ 735-5/12-1001(a) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 |
| Brief description **200 00** <br> Line from Schedule A/B **Chase Savings Account** | $ | ☐ $ 735-5/12-1001(b) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 17 1 |
| Brief description **100.00** <br> Line from Schedule A/B **Sullivan Roofing 401(k)** | $ | ☐ $ 735-5/12-1001(b) <br> ☐ 100% of fair market value, up to any applicable statutory limit | 17 2 |
| Brief description **2250 00** <br> Line from Schedule A/B | $ | ☐ $ 735-5/12-1006 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 21 |
| Brief description <br> Line from Schedule A/B. | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description <br> Line from Schedule A/B | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description <br> Line from Schedule A/B. | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description <br> Line from Schedule A/B | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | 3 |
| Brief description <br> Line from Schedule A/B. | $ | ☐ $ <br> ☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas | | Kral |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of | Illinois |
| | | | (State) |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No  Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes  Fill in all of the information below

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim | Unsecured portion if any |
| | | Do not deduct the value of collateral | | |

**2.1**
Chase Mortgage
Creditor's Name
P O Box 78420
Number    Street

Phoenix    AZ    85062
City    State    ZIP Code

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred prior to 2013

**Describe the property that secures the claim:**
Glenview Property

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien**  Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  0  8  8  3

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.1 | $105456 40 | $100000.00 | $5456.40 |

**2.2**
Cenlar
Creditor's Name
P O Box 77404
Number    Street

Ewing    NJ    08628
City    State    ZIP Code

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred prior to 1/1/16

**Describe the property that secures the claim:**
Principal Residence

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien**  Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  ____ ____ ____ ____

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.2 | $300000 00 | $165878 02 | $_____ |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $405,456.40 |

Debtor 1    Thomas _____ Kral _____    Case number (if known) _____
First Name    Middle Name    Last Name

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion if any |
|---|---|---|---|---|

**2.3**

Glenview State Bank
Creditor's Name

800 Waukegan Road
Number    Street


Glenview            IL      60025
City                State   ZIP Code

**Who owes the debt?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** 01/10/2013

**Describe the property that secures the claim:**

Toyota Highlander

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien** Check all that apply
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 0  2  7  9

Column A: $16000.000    Column B: $19542 00    Column C: $3542 00

---

**2.4**

_____
Creditor's Name

_____
Number    Street


_____
City                State   ZIP Code

**Who owes the debt?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien** Check all that apply
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $_____    Column B: $_____    Column C: $_____

---

_____
Creditor's Name

_____
Number    Street


_____
City                State   ZIP Code

**Who owes the debt?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien** Check all that apply
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $_____    Column B: $_____    Column C: $_____

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $16,000 00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    $_____

**Fill in this information to identify your case:**

Debtor 1    Thomas       Kral
     First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:   Northern    District of   Illinois
                                     (State)

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No  Go to Part 2
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other  Specify _____

**2.2**

Priority Creditor's Name

Number    Street

City    State    ZIP Code

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___   $_____   $_____   $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    Thomas                     Kral
            First Name    Middle Name    Last Name                                    Case number (if known)_____

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No  You have nothing to report in this part Submit this form to the court with your other schedules.
   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3 If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|--|--|--|-------------|

**4 1** | Chase
Nonpriority Creditor's Name

PO Box 15153
Number    Street
Wilmington                DE        19886
City                      State     ZIP Code

**Who incurred the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   2  5  8  0         $  23,248.78

When was the debt incurred?    prior to 12/04/14

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other Specify _____

---

**4 2** | MB Financial Bank N A.
Nonpriority Creditor's Name

6111 North River Road
Number    Street
Rosemont                  IL        60018
City                      State     ZIP Code

**Who incurred the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number  __ __ __ __        $  9,218 00

When was the debt incurred?    prior to 3/1/2015

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other Specify _____

---

**4 3** | TBF Financial, LLC
Nonpriority Creditor's Name

740 Waukegan Road, Suite 404
Number    Street
Deerfield                 Illinois   60015
City                      State     ZIP Code

**Who incurred the debt?** Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   1  5  2  6         $  41,500.00

When was the debt incurred?    prior to 11/30/2015

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other  Specify _____

Debtor 1   Thomas _____ Kral _____   case number (if known)_____
First Name   Middle Name   Last Name



### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a | $ 0 00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b | $ 0 00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c | $ 0 00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here | 6d | + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d | 6e | $ 0 00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f | $ 0 00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g | $ 0 00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here | 6i | + $ 73966 78 |
|  | 6j. **Total.** Add lines 6f through 6i | 6j | $ 73966.78 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor | Thomas<br>First Name   Middle Name | Kral<br>Last Name |
| Debtor 2<br>(Spouse if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of Illinois<br>(State) |
| Case number<br>(If known) | | |

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1   **Do you have any executory contracts or unexpired leases?**
   ☐ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ **Yes** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B. Property* (Official Form 106A/B)

2   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases

| | **Person or company with whom you have the contract or lease** | **State what the contract or lease is for** |
|---|---|---|
| **2 1** | Name<br>Number   Street<br>City   State   ZIP Code | |
| **2 2** | Name<br>Number   Street<br>City   State   ZIP Code | |
| **2 3** | Name<br>Number   Street<br>City   State   ZIP Code | |
| **2 4** | Name<br>Number   Street<br>City   State   ZIP Code | |
| **2 5** | Name<br>Number   Street<br>City   State   ZIP Code | |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas | Kral |
| | First Name        Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of Illinois |
| | | (State) |
| Case number (if known) | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ☐ No
   - ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☒ No  Go to line 3.
   - ☐ Yes  Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ☐ No
     - ☐ Yes  In which community state or territory did you live? _____  Fill in the name and current address of that person.

     _____
     Name of your spouse, former spouse, or legal equivalent

     _____
     Number       Street

     _____
     City                        State                  ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| *Column 1: Your codebtor* | *Column 2. The creditor to whom you owe the debt*<br>Check all schedules that apply |
|---|---|
| **3.1** Diane Kral<br>Name<br>7200 W Dobson Street<br>Number       Street<br>Niles                    IL            60714<br>City               State         ZIP Code | ☒ Schedule D, line 2.1 & 2.2<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br>_____<br>Number       Street<br>_____<br>City               State         ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.3** _____<br>Name<br>_____<br>Number       Street<br>_____<br>City               State         ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas | Kral |
| | First Name        Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if filing) First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern        District of | Illinois |
| | | (State) |
| Case number | | |
| (If known) | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 1 | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers

Include part-time, seasonal, or self-employed work

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☒ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| **Occupation** | unemployed | Nurse |
| **Employer's name** | | Presence PRV Health |
| **Employer's address** | | 200 South Wacker Drive |
| | Number   Street | Number   Street |
| | | |
| | City      State   ZIP Code | Chicago        IL      60606 |
| | | City      State   ZIP Code |
| **How long employed there?** | | |

## Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions) If not paid monthly, calculate what the monthly wage would be | 2 | $_____ | $7,265. 7 |
| 3 | Estimate and list monthly overtime pay. | 3 | +$_____ | + $_____ |
| 4 | Calculate gross income. Add line 2 + line 3 | 4 | $0.00 | $7,265 00 |

Debtor 1    Thomas                     Kral                                                        Case number (if known)_____
            First Name    Middle Name    Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | ➔ 4 | $ 0.00 | $ 7,265.00 |

5  **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a  Tax, Medicare, and Social Security deductions | 5a | $_____ | $ 1,847.19 |
| 5b  Mandatory contributions for retirement plans | 5b | $_____ | $_____ |
| 5c  Voluntary contributions for retirement plans | 5c | $_____ | $ 435.95 |
| 5d  Required repayments of retirement fund loans | 5d | $_____ | $_____ |
| 5e  Insurance | 5e | $_____ | $ 1,148.66 |
| 5f  Domestic support obligations | 5f | $_____ | $_____ |
| 5g  Union dues | 5g. | $_____ | $_____ |
| 5h. Other deductions. Specify  Accident and Life insurance | 5h | + $_____ | + $ 115.85 |
| 6  **Add the payroll deductions**  Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h | 6 | $ 0.00 | $ 3,547.65 |
| 7  Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7 | $ 0 00 | $ 3,717.35 |

8  **List all other income regularly received:**

8a  **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a | $ 450 00 | $ 450 00 |
| 8b  Interest and dividends | 8b | $_____ | $_____ |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | |
|---|---|---|---|
| | 8c. | $_____ | $_____ |
| 8d  Unemployment compensation | 8d | $_____ | $_____ |
| 8e  Social Security | 8e | $_____ | $_____ |

8f  **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify _____

| | | | |
|---|---|---|---|
| | 8f. | $_____ | $_____ |
| 8g  Pension or retirement income | 8g | $_____ | $_____ |
| 8h  Other monthly income. Specify _____ | 8h | + $_____ | + $_____ |
| 9  **Add all other income**  Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h | 9 | $ 450.00 | $ 450.00 |
| 10  Calculate monthly income. Add line 7 + line 9<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10 | $ 450 00  + | $ 4,167 35  = $ 4,617 35 |

11  State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*
Specify _____                                                                                      11  + $_____

12  Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies                12    $ 4,617.35

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No
☐ Yes  Explain _____

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | Thomas | Kral |
| | First Name   Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the | Northern | District of Illinois |
| | | (State) |
| Case number | | |
| (if known) | | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No   Go to line 2
   ☐ Yes   **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes  Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2

   Do not state the dependents' names

   ☒ Yes  Fill out this information for each dependent . . .

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | _____ | ☐ No   ☒ Yes |
| Son | _____ | ☐ No   ☒ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ☒ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $2,217.28 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $_____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $_____ |

Debtor 1    Thomas _____ Kral _____

First Name   Middle Name   Last Name

Case number (if known)_____

| | | | **Your expenses** |
|---|---|---|---|

| 5 | Additional mortgage payments for your residence, such as home equity loans | 5. | $_____ |
|---|---|---|---|
| 6 | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $163 77 |
| | 6b. Water, sewer, garbage collection | 6b. | $108.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $527.00 |
| | 6d. Other Specify _____ | 6d. | $_____ |
| 7 | **Food and housekeeping supplies** | 7 | $1,000 00 |
| 8 | **Childcare and children's education costs** | 8 | $265 00 |
| 9 | **Clothing, laundry, and dry cleaning** | 9 | $400 00 |
| 10. | **Personal care products and services** | 10. | $75 00 |
| 11 | **Medical and dental expenses** | 11. | $137 00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments | 12. | $400 00 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $500 00 |
| 14 | **Charitable contributions and religious donations** | 14 | $_____ |
| 15 | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| | 15a. Life insurance | 15a. | $_____ |
| | 15b. Health insurance | 15b. | $_____ |
| | 15c. Vehicle insurance | 15c. | $146.67 |
| | 15d. Other insurance Specify _____ | 15d. | $_____ |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20 Specify _____ | 16 | $110 00 |
| 17 | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $558 48 |
| | 17b. Car payments for Vehicle 2 | 17b. | $_____ |
| | 17c. Other. Specify Wife's Student Loan | 17c. | $336.00 |
| | 17d. Other. Specify _____ | 17d. | $_____ |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18 | $_____ |
| 19 | **Other payments you make to support others who do not live with you.** Specify._____ | 19 | $_____ |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | $900 00 |
| | 20b. Real estate taxes | 20b. | $_____ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $459.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| | 20e. Homeowner's association or condominium dues | 20e. | $328 95 |

Debtor 1   Thomas _____ Kral _____
First Name   Middle Name   Last Name

Case number (if known)_____

21   **Other.** Specify _____ 21.   +$_____

22   **Calculate your monthly expenses.**

22a  Add lines 4 through 21                                                     22a   $ 8,732 15

22b  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b   $_____

22c. Add line 22a and 22b. The result is your monthly expenses               22c   $ 8,732 15

23   **Calculate your monthly net income.**

23a   Copy line 12 (*your combined monthly income*) from *Schedule I.*          23a   $4,617 35

23b   Copy your monthly expenses from line 22c above                           23b   – $8,732 15

23c   Subtract your monthly expenses from your monthly income.
      The result is your *monthly net income*.                                 23c   $0.00

24   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No
☐ Yes   Explain here

**Fill in this information to identify your case:**

Debtor 1    Thomas                                    Kral
             First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name          Last Name

United States Bankruptcy Court for the:  Northern   District of  Illinois

Case number
(If known)

☐ Check if this is an
  amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person_____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
                                                                                      *Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____              ✗ _____
Signature of Debtor 1                                        Signature of Debtor 2

Date 07/05/2016                                              Date _____
    MM /  DD  /  YYYY                                              MM /  DD  /  YYYY